# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                     :    **CHAPTER 13**
**RHONDA JARRETT**                                         :
**ORARAY L. ALLEN (Non-Filing Co-Debtor)**                 :    **BK. No. 18-18134 JKF**
                                    **Debtors**            :

## ORDER

AND NOW, this 31st day of December , 2019, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to

Movant, its successors or assignees.

_____

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

SCOTT F. WATERMAN, ESQ.                    JEROME B. BLANK, ESQ.
CHAPTER 13 TRUSTEE                         PHELAN HALLINAN DIAMOND & JONES, LLP
2901 ST. LAWRENCE AVE.                     1617 JFK BLVD, SUITE 1400
SUITE 100                                  PHILADELPHIA, PA 19103
READING, PA 19606

                                           RHONDA JARRETT
GEORGETTE MILLER, ESQ.                     8320 CHILDS ROAD
LAW OFFICE OF GEORGETTE MILLER ESQ. PC     WYNDMOOR, PA 19038
335 EVESHAM AVENUE
LAWNSIDE, NJ 08045
                                           ORARAY L. ALLEN
                                           8320 CHILDS ROAD
UNITED STATES TRUSTEE                      WYNDMOOR, PA 19038
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106