# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Rhonda Jarrett                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-18134 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of THE MONEY SOURCE and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
28 Oct 2022, 13:20:18, EDT

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322