**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rhonda Jarrett <br> <u>Debtor</u> <br><br> The Money Source, Inc. <br> <u>Movant</u> <br> vs. <br><br> Rhonda Jarrett <br> <u>Debtor</u> <br> Oraray L. Allen <br> <u>Co-Debtor</u> <br><br> and Scott F. Waterman, Esq. <br> <u>Trustee</u> | Chapter 13 <br><br><br> NO. 18-18134 AMC <br><br><br> 11 U.S.C. Section 362 and 1301 |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 31, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow THE MONEY SOURCE, INC., INC. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8320 Childs Road Wyndmoor, PA 19038.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 29, 2022**

_____
United States Bankruptcy Judge.