United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18134-amc |
| Rhonda Jarrett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rhonda Jarrett, 8320 Childs Road, Wyndmoor, PA 19038-7502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE  INC. bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Rhonda Jarrett bky@dilworthlaw.com   miller.georgetter93726@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor THE MONEY SOURCE  INC. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor The Money Source Inc. jblank@pincuslaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor THE MONEY SOURCE INC. mfarrington@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor THE MONEY SOURCE  INC. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Rhonda Jarrett | | Chapter 13 |
| <u>Debtor</u> | | |
| The Money Source, Inc. | | |
| <u>Movant</u> | | NO. 18-18134 AMC |
| vs. | | |
| Rhonda Jarrett | | |
| <u>Debtor</u> | | 11 U.S.C. Section 362 and 1301 |
| Oraray L. Allen | | |
| <u>Co-Debtor</u> | | |
| and Scott F. Waterman, Esq. | | |
| <u>Trustee</u> | | |

**ORDER**

AND NOW, this ____ day of _____, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 31, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow THE MONEY SOURCE, INC., INC. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8320 Childs Road Wyndmoor, PA 19038.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 29, 2022**

_____
United States Bankruptcy Judge.