United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-18134-amc
Rhonda Jarrett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 11, 2023      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol  Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhonda Jarrett, 8320 Childs Road, Wyndmoor, PA 19038-7502 |
| 14243940 | + | BCWSA, 1275 Almhouse Road, Warrington, PA 18976-1209 |
| 14732602 | + | THE MONEY SOURCE, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14250631 | | The Money Store, c/o Jerome Blank, Esq, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 12 2023 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jan 12 2023 00:24:00 | The Money Source Inc., 14841 DALLAS PARKWAY, SUITE 425, Dallas, TX 75254-8067 |
| 14243938 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 12 2023 00:24:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14243939 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 12 2023 00:24:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14243941 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2023 00:24:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14275582 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 00:28:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14274786 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 00:28:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14250789 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2023 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14243943 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 00:28:23 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14270211 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14243944 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 00:28:14 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14270587 | + | Email/Text: BK@servicingdivision.com | Jan 12 2023 00:24:00 | THE MONEY SOURCE INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450-6755 |
| 14243945 | + | Email/Text: BK@servicingdivision.com | Jan 12 2023 00:24:00 | The Money Source Inc, 500 S Broad St, Meriden, CT 06450-6755 |
| 14452238 | + | Email/Text: BK@servicingdivision.com | Jan 12 2023 00:24:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

Case 18-18134-amc   Doc 84   Filed 01/13/23   Entered 01/14/23 00:32:36   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| 14243942 | + Email/Text: convergent@ebn.phinsolutions.com | Jan 12 2023 00:24:00 | convergent, 800 SW 39th street, po box 9004, Renton, WA 98057-9004 |
|---|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | THE MONEY SOURCE INC., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14327600 | *+ | THE MONEY SOURCE INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450-6755 |
| 14250632 | * | The Money Store, c/o Jerome Blank, Esq, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023                           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Rhonda Jarrett bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor THE MONEY SOURCE INC. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor The Money Source Inc. jblank@pincuslaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor THE MONEY SOURCE INC. mfarrington@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor THE MONEY SOURCE INC. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

RHONDA  JARRETT

Debtor

Chapter 13

Bankruptcy No. 18-18134-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 11, 2023**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE